TERESA A. ALEXANDER, CSR, RMR, CRR
Official Court Reporter - 146th Judicial District
P.O. Box 962
Belton, TX  76513
254/933-5267
Fax 254/933-5977
TeresaAlexander58@yahoo.com

March 13, 2015

Court of Appeals
Third District of Texas
Mr. Jeffrey D.  Kyle, Clerk
P. O.  Box 12547
Austin, TX 78711-2547

Re:  COA No. 03-15-00027-CV
     TC No. 252,911-B

Style:  David S. DeLeon and Cheri D. DeLeon

Dear Mr. Kyle:

In response to a telephone call I received from Chris Noles of your office on this date, I am sending this letter to update you on the status of the Reporter's Record in the above styled and numbered cause.

I received a letter on November 19, 2014, from Mr. David DeLeon, requesting that I prepare a record "for the purpose of appeal which would include the docket sheet, all motion and pleadings and rulings by the Court, and Statement of Facts on all the hearings conducted before the Court."  He also requested that I give him an "estimate for a down payment" for my services.

I phone Mr. David DeLeon on November 24, 2014, requesting that he send me a list of the dates of the hearings he was requesting for his appeal, as there were numerous hearings, and I would get back with him with an estimate.  I gave an estimate of $745, plus the cost of copying exhibits, for the dates that I could obtain, as I did not receive a list of hearing dates from him.

I also received a request from Cheri DeLeon by telephone on August 5, 2013, and then again by telephone by someone on her behalf on August 16, 2013, requesting estimates, in which I phoned back each time giving the same estimate.

I also received a telephone call from an attorney on behalf of Mr. David DeLeon where I was, again, requested for an estimate of the cost for the Reporter's Record. I, again, gave an estimate.

As of this date I have not been requested, nor have financial arrangements been made, to prepare a Reporter's Record in this case for e-filing with your court.

If I can be of further assistance in this matter, please do not hesitate to call or write me at the above address.

Respectfully submitted,

/s/ Teresa Alexander
Teresa A. Alexander
Official Court Reporter for the 146th District Court
Bell County, Texas